Phyllis Widman, Esq. (ID: 004861999)
**WIDMAN LAW FIRM, LLC**
2000 Shore Road, Suite 201
Linwood, NJ 08221
O: (609) 848-5692  C: (732) 829-3416
FAX: (609) 788-4527
pwidman@widmanlawfirm.com
*Attorney for Plaintiff, Conor Sweeney*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CONOR SWEENEY**<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE LLC, ALPHABET, INC., GREG GALANTE, KELLY [LAST NAME UNKNOWN], KAREN DESALVO, FIONA CICCIONI, SUNDAR PICHAI, ANIKA ALBERT, CHLOEBELLE AQUINO, BEHNOOSH HARIRI, ZACHARY SALT, SHEILA HERMANOWSKI, PATRICIA ALFONSO, XYZ CORPS 1-10, JANE AND JOHN DOES 1-10, ABC THIRD PARTY ENTITIES.<br><br>Defendants. | **STIPULATION OF DISMISSAL WITHOUT PREJUDICE TO PROCEED TO ARBITRATION**<br><br>Magistrate Judge Tonianne J. Bongiovanni<br><br>Civil No.: 3:23-cv-20978-GC-TJB |

It is hereby stipulated and agreed by and between the undersigned that Plaintiff, **Conor Sweeney's** claims against **all Defendants** are dismissed **without prejudice** and that this matter shall instead proceed through arbitration.

/s/ John Tratnyek
**John Tratnyek, Esq.,**
*Attorney for all Defendants*

/s/ Phyllis Widman
**Phyllis Widman, Esq.,**
*Attorney for Plaintiff, Conor Sweeney*

Dated: January 24, 2024

It is so ordered this 24th day of January, 2024

_____
Georgette Castner, U.S.D.J.